835 A.2d 678

IN THE MATTER OF JAMES C. ZIMMERMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 013891991).

November 24, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–154, concluding that **JAMES C. ZIMMERMAN** of **VERNON**, who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 1.5(b)(failure to provide the client with a written fee agreement), and good cause appearing;

It is ORDERED that **JAMES C. ZIMMERMAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.